# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ADRIENNE CAMMARERI,

    Plaintiff,

v.

BANK OF AMERICA, *et al*.,

    Defendants.

Case No. 2:11-CV-01501-KJD-PAL

**ORDER**

    Before the Court is Plaintiff Adrienne Cammareri's Motion for Entry of Default (#22). Defendants Bank of America and Countrywide ("BOA Defendants") have filed an objection (#24).

    Plaintiff filed her Motion for Entry of Default on January 18, 2012, claiming that the BOA Defendants had failed to answer or appear. However, on January 12, 2012, the BOA Defendants filed a Joinder (#19) to Defendant MTC's Motion to Dismiss. Fed. R. Civ. P. 55(a) provides for entry of default when a plaintiff demonstrates failure to plead or otherwise defend. At the time Plaintiff filed her Motion for Entry of Default, the BOA Defendants had already filed their joinder to the pending Motion to Dismiss this action. Accordingly, entry of default against the BOA Defendants is inappropriate.

    **IT IS HEREBY ORDERED** that Motion for Default (#22) is **DENIED**.

    DATED this 5th day of June 2012.

    _____
    Kent J. Dawson
    United States District Judge