# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADRIENNE CAMMARERI, | |
| Plaintiff, | Case No. 2:11-CV-01501-KJD-PAL |
| v. | **ORDER** |
| BANK OF AMERICA, *et al.*, | |
| Defendants. | |

Before the Court is the Motion to Dismiss (#30) of Defendants BAC Home Loans, Bank of America, and Countrywide Home Loans, Inc. No opposition has been filed. Defendants have filed a Notice (#33) of Plaintiff's failure to oppose the Motion.

Pursuant to Local Rule 7-2(b), any response and/or opposition to the Motion to Dismiss was required to be filed with the Court and served within fourteen days after service of the motion. No response and/or opposition has been filed by the Plaintiffs. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute consent to the granting of the motion. Defendants' Motion appears to be supported by good cause.

Accordingly, **IT IS HEREBY ORDERED** that the Motion to Dismiss (#30) is granted.

**IT IS FURTHER ORDERED** that the Clerk of Court terminate all parties and close this matter.

DATED this 9th day of August 2012.

_____
Kent J. Dawson
United States District Judge